IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| SCOTT A. NORRIS, | Case No. 4:15-004940-RBH |
| Plaintiff, | |
| vs. | CONSENT ORDER TO DISMISS CASE WITHOUT PREJUDICE |
| BCS INSURANCE COMPANY, and PLANNED ADMINISTRATORS, INC., | |
| Defendants. | |

IT APPEARING that the Plaintiff and the Defendant no longer wish to pursue the above-entitled action;

NOW THEREFORE, on Motion and with the Consent of the undersigned attorneys for the Plaintiff and the Defendant, it is hereby

ORDERED that the above-entitled action is ended and dismissed without prejudice.

AND IT IS SO ORDERED.

January 4, 2016
Florence, SC
Florence, South Carolina

The Honorable R. Bryan Harwell
District Court Judge

WE SO MOVE AND CONSENT:

_____
James P. Stevens, Jr., District Ct. Bar #4307
Natalie S. Stevens-Graziani, District Ct. Bar #10600
Stevens Law Firm, P.C.
Post Office Drawer 127
Loris, SC  29569
Tel.: 843-756-7652
Fax: 843-756-3785
Email: jim@stevens-law-firm.com
Email: natalie@stevens-law-firm.com

Attorneys for Plaintiff

_____
Theodore D. Willard, Jr.
Montgomery Willard, LLC
Post Office Box 11886
Columbia, SC  29211-1886
Tel.: 803-779-3500
Fax: 803-799-2755
Email: twd@montgomerywillard.com

Attorneys for Defendants